# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FLORIDA SOUTHEAST CONNECTION, LLC,

    Plaintiff,

v.                                          Case No: 8:16-cv-661-T-30TGW

7.296 ACRES OF LAND, MORE OR LESS, IN POLK COUNTY, FLORIDA and WELLS FLORIDA LAND CORPORATION,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Dismissal (Dkt. #24). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of May, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record